**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| CARLA REVARD and RODNEY TUCKER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-69-RWS-JBB |
| | § | |
| ENORK DESILUS, et. al., | § | |
| | § | |
| Defendants. | § | |

# ORDER

On May 13, 2026, Plaintiffs Carla Revard and Rodney Tucker filed their original complaint against Enork Desilus, Rollin' R Trucking, LLC d/b/a One Cargo, and Freight United, Inc., alleging claims of negligence, wrongful death damages, and exemplary damages arising from the death of Braden Paul Tucker on August 7, 2025. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636.

On August 6, 2026, the magistrate judge issued a report and recommendation, recommending Plaintiffs' Motion for Default Judgment against Defendant Rollin' R Trucking LLC (Docket No. 8) be denied without prejudice to refiling. *See* Docket No. 9. No objections to the report and recommendation have been filed to date. After review, the Court finds that the findings of fact and conclusions of law of the magistrate judge are correct. Accordingly, the report and recommendation (Docket No. 9) is **ADOPTED** as the findings and conclusions of the Court.

Accordingly, it is

**ORDERED** that Plaintiffs' Motion for Default Judgment against Defendant Trucking LLC (Docket No. 8) is **DENIED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 11th day of September, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE